# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-3138

_____

United States of America

*Plaintiff - Appellee*

v.

Harold Antonio Robinson

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Davenport

_____

Submitted: April 5, 2013
Filed: April 8, 2013
[Unpublished]

_____

Before LOKEN, MELLOY, and BENTON, Circuit Judges.

_____

PER CURIAM.

Harold Robinson appeals the within-Guidelines-range sentence the district court[1] imposed after he pled guilty to a firearms charge. His counsel has moved to

_____

[1]The Honorable James E. Gritzner, Chief Judge, United States District Court for the Southern District of Iowa.

withdraw and filed a brief under *Anders v. California*, 386 U.S. 738 (1967), suggesting that the district court abused its discretion in declining to sentence Robinson to a prison term below the advisory Guidelines range.

Upon careful review, this court concludes that the district court did not abuse its discretion in sentencing Robinson. *See United States v. Feemster*, 572 F.3d 455, 460-62 (8th Cir. 2009) (en banc) (describing appellate review of sentencing decisions). This court independently reviewed the record pursuant to *Penson v. Ohio*, 488 U.S. 75 (1988), and found no nonfrivolous issues for appeal. Counsel's motion to withdraw is granted, and the judgment of the district court is affirmed.

_____